In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00050-CR


______________________________




MICHAEL WAYNE MCCOLLUM, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 6th Judicial District Court


Fannin County, Texas


Trial Court No. 20558




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Michael Wayne McCollum has filed an appeal from his conviction on his plea of guilty,
under a negotiated plea agreement, to the offense of aggravated assault with a deadly weapon. He
was sentenced in accordance with the agreement to eighteen years' imprisonment and a restitution
order of $200,000.00. 

 On April 21, 2003, we wrote counsel, informing him that we had noted a defect in the appeal,
because the record did not contain a certification of McCollum's right to appeal. 

 Tex. R. App. P. 25.2(d) now requires a certification to be made part of the record in every
appeal filed by a defendant. That certification is a form which is an appendix to the rule, and
provides a certification by the trial court of the defendant's right to appeal. If the certification is not
made part of the record, under the rule, we have no option but to dismiss the appeal.

 In our letter we warned counsel that, if we did not receive the certification within ten days
of the date of our letter, we would dismiss the appeal. As of the date of this opinion, counsel has not
contacted this Court and no certification has been filed.

 We dismiss the appeal.



 Jack Carter

 Justice


Date Submitted: July 28, 2003

Date Decided: July 29, 2003


Do Not Publish